# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(Houston Division)

| | | |
|---|---|---|
| MEHIDI CHERKAOUI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | (Removed from the District Court of Harris |
| | ) | County, Texas, Cause No. 2013-03258) |
| SANTANDER CONSUMER USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## **INDEX OF MATTERS BEING FILED**

A.  an Index of matters being filed;

B.  a list of all counsel and parties;

C.  a copy of Plaintiff's Original Petition;

D.  a copy of the executed services of process of Plaintiff's Original Petition;

E.  a copy of Plaintiff's Amended Petition;

F.  a copy of the executed services of process of Plaintiff's Amended Petition; and

G.  a copy of the case docket sheet from the 270th Judiical District Court, Harris County, Texas.