# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(Houston Division)

MEHIDI CHERKAOUI,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　Civil Action No. _____
　　　　　　　　　　　　　　　　　　)　　**(Removed from the District Court of Harris**
　　　　　　　　　　　　　　　　　　)　　**County, Texas, Cause No. 2013-03258)**
SANTANDER CONSUMER USA, INC.,　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

## LIST OF COUNSEL OF RECORD

| PARTY TYPE | PARTY | COUNSEL |
|---|---|---|
| Plaintiff | *Pro Se* | Mehdi Cherkaoui<br>3011 W. Cedar Sun<br>Katy, TX  77449<br>Telephone:  (281) 636-8300 |
| Defendant | Santander Consumer, USA, Inc. | Chris Watt<br>State Bar No. 24033314<br>Federal Bar No. 32149<br>Reed Smith LLP<br>811 Main Street, Suite 1700<br>Houston, TX  77002<br>Telephone:  (713) 469-3883<br>Facsimile:    (713) 469-3899 |

US_ACTIVE-112051599.1