IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEHDI CHERKAOUI | § | |
| *Plaintiff,* | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-13-467 |
| | § | |
| SANTANDER CONSUMER USA, Inc. | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order, signed on the 23rd day of May, 2014, Cherkaoui's claims against Santander are DISMISSED. Furthermore, as to Santander's breach of contract counterclaim against Cherkaoui, Santander shall recover from Cherkaoui judgment for the following:

(1) $14,164.18 in actual damages; and

(2) Post-judgment interest on the above in the amount of 0.09% per annum, from the date of judgment until fully paid.

**THIS IS A FINAL JUDGMENT.**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 23rd day of May, 2014, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE